**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOHDAN VIAZOVIK,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CENTRAL VALLEY ANNEX DETENTION FACILITY, *et al.*,<br><br>Respondents. | No. 1:26-cv-04996 JLT CDB (HC)<br><br>A-Number: 214-296-664<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO PROVIDE PETITIONER WITH BOND HEARING, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 1, 11) |

Bohdan Viazovik, a federal immigration detainee proceeding pro se and *in forma pauperis*, initiated this action on June 29, 2026, with the filing of a petition for writ of habeas corpus under 28 U.S.C. § 2241 and a motion for temporary restraining order while in custody of Immigration and Customs Enforcement at the Central Valley Annex Detention Facility, where he remains detained. (Docs. 1, 4.) On June 30, 2026, the Court denied Petitioner's TRO motion as untimely, set a briefing schedule, and referred the matter to the assigned magistrate judge for a determination on the merits. (Doc. 8.)

On September 4, 2026, the assigned magistrate judge issued findings and recommendations to grant the Petition and order Respondents to provide Petitioner with a bond hearing because, though Petitioner is subject to mandatory detention under 8 U.S.C. 1226(c), his detention had become prolonged. (Doc. 11.) The Court served the findings and recommendations

on all parties and Respondents timely filed objections. (Doc. 12.)

In their objections, Respondents object to the findings and recommendations for the same reasons advanced in Respondents' earlier filing, to wit, that Petitioner is subject to mandatory detention under 8 U.S.C. § 1226(c). *Id.*; *see* (Doc. 9.)

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Respondents' objections, the Court concludes that the findings and recommendations are supported by the record and by proper analysis given that Petitioner's detention has now exceeded eight months. *See Singh v. Warden of Cal. City Corr. Ctr*., No. 1:26-CV-01936-JLT-SAB (HC), 2026 WL 1831068, at *1 (E.D. Cal. June 25, 2026) (applying *Mathews v. Eldridge*, 424 U.S. 319 (1976), to find that petitioner detained for over eight months under 8 U.S.C. 1226(c) was entitled to a bond hearing). Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on September 4, 2026 (Doc. 11) are **ADOPTED** in full.
2. The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.
1. Respondents are **ORDERED** to provide Petitioner (A Number: A-214-296-664) with an individualized bond hearing before an immigration judge that complies with the requirements set forth in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011), and where "the government must prove by clear and convincing evidence that [Petitioner] is a flight risk or a danger to the community to justify denial of bond," *Id.* at 1203. In the event Petitioner is "determined not to be a danger to the community and not to be so great a flight risk as to require detention without bond," the immigration judge should consider Petitioner's financial circumstances and alternative conditions of release. *Hernandez v. Sessions*, 872 F.3d 976, 1000 (9th Cir. 2017).
3. At least 72 hours before the scheduled hearing, Petitioner **SHALL** receive notice of the hearing. He **SHALL** have the right to be represented by counsel at the hearing, and he **SHALL** be entitled to appear at the hearing. If counsel has filed an appearance in the immigration proceedings, at least 72 hours before the hearing, counsel **SHALL**

receive notice of the scheduled hearing.

4. Respondents **SHALL** provide a copy of this order to the immigration judge. In addition, Respondents **SHALL** ensure that the bond hearing is recorded.
5. The Clerk of Court is directed to serve the Central Valley Annex Detention Facility in McFarland, California, with a copy of this Order.
6. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: _October 13, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE